Further evidence was presented ore tenus before the circuit court after remand. Thereafter, in the final judgment of the trial court, it was determined that the hospital is not a public corporation, that the hospital is simply the City of Red Bay itself, doing business as the hospital, and that the $6,000 loan of tax money to the defendant by the City of Red Bay and the note evidencing the loan are void and cannot be collected from the defendant due to the provisions of section 94, as amended, of the Alabama Constitution. Accordingly, a judgment was rendered and entered on May 12, 1986, in favor of the defendant and against the hospital.
We have diligently studied the evidence and the excellent briefs of most able counsel for both sides. The final judgment of May 12, 1986, is affirmed since the evidence supported it and since said constitutional provision applies.
The foregoing opinion was prepared by Retired Circuit Judge EDWARD N. SCRUGGS while serving on active duty status as a judge of this court under the provisions of § 12-18-10 (e) of the Code of Alabama of 1975 and this opinion is hereby adopted as that of the court.
JUDGMENT AFTER REMAND AFFIRMED.
All the Judges concur.